**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**DAVID WEATHERSPOON,**                                                                  **PLAINTIFF**

**V.**                                                                       **NO. 4:08CV003-P-D**

**JOHN D. FERGUSON, et al.,**                                                 **DEFENDANTS**

### FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** with prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Plaintiff has also earned one strike under the three strikes provision of 28 U.S.C. § 1915(g).

**IT IS SO ORDERED.**

THIS the 11th day of February, 2008.

                                                         /s/ W. Allen Pepper, Jr.
                                                         W. ALLEN PEPPER, JR.
                                                         UNITED STATES DISTRICT JUDGE